Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY TYLER VANTUYL,<br><br>Defendant. | 1:25-CR-2045-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1855<br>Timber Set Afire<br>(Count 1)<br><br>18 U.S.C. § 844(f)<br>Arson of Federal Property<br>(Counts 2 – 7)<br><br>18 U.S.C. § 982, 18 U.S.C.<br>§ 844, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about May 15, 2023, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did willfully and without authority, set on fire any timber, underbrush, grass or other inflammable material upon an Indian reservation or lands belonging to or occupied by any tribe or group of Indians

INDICTMENT – 1

under authority of the United States, or upon any Indian allotment while the title to the same shall be held in trust by the Government, to wit: land located near Hubbard Lane within the exterior boundaries of the Yakama Nation Indian Reservation, in violation of 18 U.S.C. § 1855.

## COUNT 2

On or about September 12, 2023, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located at Township 17N, Range 19E, Section 30, near State Route 821 Road ("the South Slope Fire"), which is in whole or in part owned or possessed by, or leased to, the United States or an institution or any department or agency thereof or any institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

## COUNT 3

On or about September 12, 2023, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located at Township 14N, Range 19E, Section 4, near State Route 821 Road ("the Roza Slope Fire"), which is in whole or in part owned or possessed by, or leased to, the United States or an

INDICTMENT – 2

institution or any department or agency thereof or any institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

COUNT 4

On or about June 14, 2024, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located approximately 7 miles North by Northeast from Selah, Washington in Township 15, Range 19, Section 33 ("the Roza Fire"), which is in whole or in part owned or possessed by, or leased to, the United States or an institution or any department or agency thereof or any institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

COUNT 5

On or about June 14, 2024, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located approximately 7 miles North by Northeast from Selah Washington in Township 14, Range 19, Section 4 ("the Yakima River Fire"), which is in whole or in part owned or possessed by, or leased to, the United States or an institution or any department or agency

INDICTMENT – 3

thereof or any institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

COUNT 6

On or about September 3, 2024, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located adjacent to Burbank Creek Road ("the Burbank Creek Fire"), which is in whole or in part owned or possessed by, or leased to, the United States or an institution or any department or agency thereof or any institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

COUNT 7

On or about September 25, 2024, in the Eastern District of Washington, the Defendant, ZACHARY TYLER VANTUYL, did knowingly and maliciously damage or destroy, or did attempt to damage or destroy, by means of fire or an explosive, any personal or real property, to wit: wildlands located in an area within the Yakima Canyon and adjacent to Washington State Highway 821 ("the Selah Butte Fire"), land which is in whole or in part owned or possessed by, or leased to, the United States or an institution or any department or agency thereof or any

INDICTMENT – 4

institution or organization receiving Federal financial assistance, in violation of 18 U.S.C. § 844(f).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense(s) in violation of 18 U.S.C. § 844(f), as set forth in Counts 2 – 7 of this Indictment, the Defendant, ZACHARY TYLER VANTUYL shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

INDICTMENT – 5

All pursuant to 18 U.S.C. § 844(c) and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

Dated this 9th day of April 2025.

A TRUE BILL

_____
Richard R. Barker
Acting United States Attorney

_____
Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 6