FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ZACHARY TYLER VANTUYL,<br><br>              Defendant. | No. 1:25-CR-02045-SAB-1<br><br>**ORDER SETTING STATUS CONFERENCE** |

A sentencing hearing was held in the above-captioned matter on April 22, 2026, in Yakima, Washington. Defendant was present, in custody of the U.S. Marshal's Service, and was represented by Craig Webster. The Government was represented by Letitia Sikes.

At the hearing, the Court informed the parties it was not inclined to accept the plea agreement given the nature and circumstances of the offense and the history of Defendant. To allow for additional time for the parties to decide how to proceed, the Court set a status conference for May 11, 2026.

Accordingly, **IT IS HEREBY ORDERED**:

1.    A status conference is **SET** for **May 11, 2026**, at **2:00 p.m.** in **Yakima**, Washington.

2.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between April 22,

**ORDER SETTING STATUS CONFERENCE** * 1

2026, the sentencing hearing date, until May 11, 2026, the new status conference date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

3. **Any motion to continue proceedings beyond the date of the status conference shall be written and filed with the Court *at least* five (5) days prior to the hearing.**

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 23rd day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER SETTING STATUS CONFERENCE * 2**